UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGUS MORDANT,<br><br>          Plaintiff,<br><br> - against -<br><br>NBCUNIVERSAL MEDIA, LLC<br><br>          Defendant. | Docket No. 1:17-cv-5241<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Angus Mordant ("Mordant" or "Plaintiff") by and through her undersigned counsel, as and for his Complaint against Defendant NBCUniversal Media, LLC, ("NBC" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of an NYPD officer patrolling the Financial District in New York, owned and registered by Mordant, a New York based photojournalist. Accordingly, Mordant seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or are transacting business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Mordant is a professional music photojournalist having a usual place of business at 261 West 25th Street, Apt. 7B, New York, New York 10001.

6. Upon information and belief, NBC is a foreign limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 30 Rockefeller Plaza, New York, New York 10112. Upon information and belief, NBC is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, NBC has owned and operated the URL: www.NBCNews.com (the "Website") and has operated their Twitter Page www.Twitter.com/NBCNews ("Twitter Page").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Mordant photographed a New York City Police Officer in the Financial District (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Mordant is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph has a pending registration number with the United States Copyright Office of 1-4486834257.

### B. Defendant's Infringing Activities

10. On or about February 3, 2017, NBC ran an article on the Website entitled *Muslin Cop File Lawsuit Over Alleged Threats, Harassment from NYPD Colleagues.* See www. http://www.nbcnews.com/news/asian-america/muslim-cop-files-lawsuit-over-alleged-threats-

harassment-nypd-colleagues-n716541. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

11.     On or about February 3, 2017, NBC ran the Photograph on their Twitter page, NBC News.

12.     The Photograph on their twitter page received 238 Retweets and 313 Likes.

13.     NBC did not license the Photograph from Plaintiff for its article, nor did NBC have Plaintiff's permission or consent to publish the Photograph on its Website or Twitter Page.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST NBC)**
**(17 U.S.C. §§ 106, 501)**

14.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-13 above.

15.     NBC infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website and Twitter Page. NBC is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

16.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17.     Upon information and belief, the foregoing acts of infringement by NBC have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

19. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant NBC be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
July 12, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
*Attorneys for Plaintiff Angus Mordant*