UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGUS MORDANT<br><br>                    Plaintiff,<br><br>          v.<br><br><br>NBCUNIVERSAL MEDIA, LLC<br><br>                    Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:17-cv-5241-RA |

    IT IS HEREBY noticed that the above case between Plaintiff Angus Mordant and Defendant NBCUniversal Media, LLC is hereby dismissed without prejudice.

*Richard Liebowitz*
_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: _____
*Attorney for Plaintiff Angus Mordant*

_____

SO ORDERED:

                    _____
                    Hon. Ronnie Abrams